UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAUL NICHOLS, | Case No.  1:23-cv-00601-BAM (PC) |
| Plaintiff, | **ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS** |
| v. | |
| MERCED COUNTY, | THIRTY (30) DAY DEADLINE |
| Defendant. | |

Plaintiff Lawrence Paul Nichols ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  The action was transferred to the Fresno Division of the Eastern District of California on April 19, 2023. (Doc. 3.)  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:   **April 20, 2023**                    /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

1