UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAUL NICHOLS, | No. 1:23-cv-00601-ADA-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| MERCED COUNTY, | (ECF. No. 8) |
| Defendants. | |

Plaintiff Lawrence Paul Nichols ("Plaintiff"), a prisoner proceeding pro se, initiated this civil action pursuant to 42 U.S.C. § 1983 on April 7, 2023. (ECF No. 1.) The case was transferred to the Fresno Division of the Eastern District of California on April 19, 2023. (ECF No. 3.) Subsequently, the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2023, the Court ordered Plaintiff to either submit an application to *proceed in forma pauperis* or to pay the filing fees within thirty days. (ECF No. 5.) On June 6, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that this action be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's orders, failure to pay the filing fee or submit the proper application to proceed *in forma pauperis*, and failure to prosecute this action. (ECF No. 8.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*.

1

at 3.)

The findings and recommendations were returned as "Undeliverable, Refused" on June 20, 2023. Local Rule 183(b) requires a party appearing *in propria persona* to keep the court advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk of the Court is returned by the U.S. Postal Service, and the plaintiff fails to notify the Court within sixty-three days thereafter of a current address, then the court may dismiss the action without prejudice for failure to prosecute. L.R. 183(b). The time for filing objections or for notifying the Court of an updated address has passed and no objections or notice of updated address have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendations issued on June 6, 2023, (ECF No. 8), are ADOPTED in FULL;
2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to comply with the Court's orders, failure to pay the filing fee or submit the proper application to proceed *in forma pauperis*, and failure to prosecute this action; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   September 6, 2023

_____
UNITED STATES DISTRICT JUDGE